

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00560-CV

**IN RE** Adam **CHERRINGTON** and Jevanna Cherrington

Original Proceeding[1]

PER CURIAM

Sitting:     Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: October 29, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relators filed their petition for writ of mandamus on September 3, 2025. The Texas Department of Family and Protective Services filed their reply as the real party in interest on September 11, 2025. The relators have filed a response to the real party in interest's reply. Having considered the arguments of the parties, the record provided, and the applicable law, the court has determined that relators are not entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025-PA-01434, styled *In the Interest of X.I.H., a Child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Elizabeth Martinez presiding.